O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRADAD GHASSEMI BAKHTIARI,<br><br>                Petitioner,<br><br>        v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondents. | Case No. 5:26-cv-00663-JGB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 15).  No objections to the R&R were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered PARTIALLY GRANTING the Petition.  Claims One through Four are hereby granted.  The Court adopts the ruling on the preliminary injunction (Dkt. 8) as the Court's final judgment, and grants the requested prospective relief for the same reasons.  Specifically, Respondents may not re-detain Petitioner without: (1) providing him a determination by an impartial adjudicator that his detention is justified based on danger or flight

risk; and (2) first notifying him of the reasons for the revocation of his release, providing him with an opportunity to rebut those reasons, and providing him with a prompt interview as required by regulation.

IT IS FURTHER ORDERED that Claim Five for interference with the right to counsel is denied without prejudice for lack of jurisdiction.

DATED:  May 18, 2026

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

2