JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRADAD GHASSEMI BAKHTIARI,<br><br>       Petitioner,<br><br>   v.<br><br>PAMELA BONDI, et al.,<br><br>       Respondents. | Case No. 5:26-cv-00663-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that:

1. Claims One through Four are granted; and

2. Claim Five is denied without prejudice for lack of jurisdiction.

DATED: May 18, 2026

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE